INCARNATO, APPELLANT, *v.* METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY, APPELLEE.

[Cite as *Incarnato v. Metro. Prop. & Cas.
Ins. Co.* (1996), 76 Ohio St.3d 562.]

(No. 96–671—Submitted June 25, 1996—Decided September 4, 1996.)

*Clark, Perdue, Roberts & Scott Co., L.P.A.,* and *Jami S. Oliver,* for appellant.

The judgment of the court of appeals is reversed, and the cause is remanded for further proceedings on the authority of *Schaefer v. Allstate Ins. Co.* (1996), 76 Ohio St.3d 553, 668 N.E.2d 913.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and COOK, J., dissent.

STRATTON, J., not participating.